FILED

10/09/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0083

IN THE SUPREME COURT OF THE STATE OF MONTANA
Case No. DA 20-0083

_____

STATE OF MONTANA, by and through the DEPARTMENT OF NATURAL
RESOURCES AND CONSERVATION, for and on behalf of the BOARD OF
LAND COMMISSIONERS, and THE OFFICE OF THE ATTORNEY
GENERAL,

Plaintiffs/Appellees/Cross-Appellants,

vs.

GREENFIELDS IRRIGATION DISTRICT, BOARD OF COMMISSIONERS OF
GREENFIELDS IRRIGATIONDISTRICT,

Defendants/Appellants/Cross-Appellees.

_____

**ORDER GRANTING SECOND EXTENSION**

_____

Upon consideration of Appellees/Cross-Appellants' Second Unopposed

Motion for Extension of Time to File Response Brief and Opening Brief on Cross-

Appeal and good cause appearing,

IT IS HEREBY ORDERED that the Appellees/Cross-Appellants are hereby

granted a 15-day extension of time up to and including November 6, 2020, to

prepare, file and serve their Response Brief and Opening Brief on Cross-Appeal.


c:  Brian C. Bramblett; Barbara Chillcott; Melissa Schlichting; Jon Metropoulos;
KD Feeback; Anita Y. Milanovich

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 9 2020